# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:   March 16, 2005

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Suite 218
        201 S. Vine Street
        U.S. Courthouse
        Urbana, IL  61802-3369

FROM:   Gino J. Agnello, Clerk

RE:     02-2375
        Harrison, David v. Norfolk Southern
        01 C 2275, Harold A. Baker, Judge

**FILED**

MAR 1 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S.  Court of Appeals for
the Seventh Circuit.

Date:   3/18/05                         s/V. Ball
(1202-052495)                           Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 16, 2005

**CERTIFIED COPY**

*By the Court:*

| | |
|---|---|
| DAVID HARRISON, as Special Administrator of the ESTATE OF CAROL MILLER, Deceased,<br>        Plaintiff-Appellant,<br>and,<br><br>CANDICE PRIDE, as Substitute Special Administratrix-Proposant of the ESTATE OF CAROL MILLER, Deceased,<br>        Appellant,<br>No. 02-2375    v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation,<br>        Defendant-Appellee. | Appeal from the United States District Court for the Central District of Illinois.<br><br>No. 01 C 2275<br><br>Harold A. Baker,<br>    Judge. |

A True Copy:
Teste:

_____ -Deputy
Clerk of the United States
Court of Appeals for the
Seventh Circuit.

    This court issued an order on February 8, 2005, directing the parties to file a response by February 22, 2005, as to why this appeal should not be dismissed for lack of prosecution. There have been no responses filed to date. Accordingly,

    IT IS ORDERED that this appeal is DISMISSED for want of prosecution.